# In the United States Court of Federal Claims

### No. 93-280 C

**FRANK P. SLATTERY, JR.,**
*et al.*
      **Plaintiffs**

     **and**                                      **JUDGMENT**

**STEVEN ROTH and**
**INTERSTATE PROPERTIES**
        **Plaintiff-Intervenors**

     **v.**

**THE UNITED STATES**
       **Defendant**

Pursuant to the Court's Decisions of August 14, 2002, February 10, 2006, and October 11, 2006, and the Final Order of October 11, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs are awarded $371,733,059.00 in damages, with said award to be paid net of any receivership claims, and grossed up to account for any federal corporate income taxes that the IRS may claim against these damages.

Counts III-VII (taking claims, rescission claims, and third party beneficiary claim) in plaintiffs' first amended complaint and plaintiffs' class action claims are dismissed with prejudice; and the intervenors' second amended complaint is dismissed with prejudice.

                                     Brian Bishop
                                     Clerk of Court

October 12, 2006             By:     s/ Debra L. Samler

                                       Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $455.00.