**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **FRANK P. SLATTERY, JR., et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 93-280C** |
| | ) | **(Senior Judge Smith)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**REVISED NOTICE OF APPEARANCE**

To the Clerk:

Please enter the revised appearance of F. JEFFERSON HUGHES as attorney of record for the United States, including a change to counsel's telephone number. Any non-electronic service by opposing parties should be addressed as follows:

F. JEFFERSON HUGHES
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: October 25, 2006

s/ F. Jefferson Hughes
F. JEFFERSON HUGHES
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 305-3067
Facsimile: (202) 514-8640
Email: jeff.hughes@usdoj.gov

CERTIFICATE OF FILING

I hereby certify that on this 25th day of October, 2006, a copy of the foregoing "REVISED NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ F. Jefferson Hughes