United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

October 26, 2006

Thomas M. Buchanan, Esquire
Winston & Strawn, LLP
1700 K Street, NW
Washington, DC 20006

In re: Frank P. Slattery, et al. v. United States,
No. 93-280 C

Dear Mr. Buchanan:

I enclose herewith the 28 U.S.C. §2517 certified transcript of judgment, dated October 12, 2006, in the above-entitled case.

As to the procedure for obtaining payment of this judgment, see the enclosed Instruction Sheet.

Sincerely,

Debra L. Samler

Debra L. Samler
Senior Case Manager

Enclosures

cc: Steven W. Thomas, Esquire
F. Jefferson Hughes, Esquire
Department of Justice