ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 16 2007
U.S. COURT OF FEDERAL CLAIMS

**FRANK P. SLATTERY, JR., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**No. 93-280C**
**(Senior Judge Smith)**

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from the judgment in No. 93-280C, entered on October 12, 2006, including (but not limited to): (1) the "Amended Order" in No. 93-280C, entered on December 18, 2006; (2) the "Final Order" in No. 93-280C, entered on October 11, 2006; (3) the published decision in No. 93-280C, entered on February 10, 2006; and (4) the published decision in Nos. 93-280C, entered on August 14, 2002.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

OF COUNSEL:

SCOTT D. AUSTIN
WILLIAM G. KANELLIS
Attorneys
Commercial Litigation
Branch
Civil Division
Department of Justice

F. Jefferson Hughes
F. JEFFERSON HUGHES
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3067
Fax: (202) 514-8640

February 16, 2007

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 16th day of February, 2007, I caused to be placed in the United States mail (postage pre-paid) copies of "DEFENDANT'S NOTICE OF APPEAL" addressed as follows:

THOMAS M. BUCHANAN, ESQ.
Winston & Strawn, LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817

JEFFREY B. MCCARRON, ESQ.
Swartz, Campbell & Detweiler
1601 Market Street
34th Floor
Philadelphia, PA 19103

STEVEN W. THOMAS, ESQ.
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, CA 90067

[signature]