066171

ORIGINAL

FILED
FEB 16 2007
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FRANK P. SLATTERY, JR. AND LFC NO. 1 CORP., on behalf themselves and on behalf of all other similarly situated shareholders of Meritor Savings Bank, *Plaintiffs*, STEVEN ROTH AND INTERSTATE PROPERTIES, *Intervenors*, v. THE UNITED STATES OF AMERICA, *Defendant*. | Civil Action No. 93-280C<br>Chief Judge Loren A. Smith |

NOTICE OF APPEAL

Notice is hereby given that Intervenors Steven Roth and Interstate Properties in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on October 12, 2006, as amended by the Amended Order dated December 18, 2006.

Dated: February 16, 2007

Respectfully submitted,

Steve Thomas

Steven W. Thomas
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
(310) 712-6600
*Attorneys for Steven Roth and Interstate Properties*

Affidavit of Service

DISTRICT OF COLUMBIA )
: ss.:
CITY OF WASHINGTON )

Jordan T. Razza, being duly sworn, deposes and says that she is over the age of 18, and not a party to this action and that on the 16th day of February, 2007 served true copies of Intervenors' Notice of Appeal upon:

Thomas M. Buchanan
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
(By Hand)

F. Jefferson Hughes
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
8th Floor
Washington, D.C. 20530
(By Hand)

Jeffrey B. McCarron, Esq.
Swartz, Campbell & Detweiler
1601 Market Street
34th Floor
Philadelphia, PA 19103
(By Overnight Courier)

jtr
Jordan T. Razza

Sworn to before me this
16th day of February, 2007

Notary Public

My Commission Expires January 1, 2010