066323

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 1 2007
U.S. COURT OF FEDERAL CLAIMS

FRANK P. SLATTERY, JR., *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

Civil Action No. 93-280 C
(Loren A. Smith, Senior Judge)

**PLAINTIFFS' NOTICE OF CROSS-APPEAL**

Notice is hereby given that Plaintiff shareholders Frank P. Slattery, Jr. and Lease Financing Corporation, by their counsel, in their above-identified shareholder derivative action on behalf of Meritor Savings Bank, Philadelphia, Pennsylvania, hereby respectfully cross-appeal, to the United States Court of Appeals for the Federal Circuit, from the published damages decision of the United States Court of Federal Claims in Case No. 93-280 C, dated February 10, 2006, and from the published decision and Final Order of the United States Court of Federal Claims in Case No. 93-280 C, dated October 11, 2006, as amended by Order dated December 18, 2006. Defendant United States filed its Notice of Appeal on February 16, 2007.

The names of all the parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

Thomas M. Buchanan
Eric W. Bloom
Peter Kryn Dykema
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006

F. Jefferson Hughes, Esq.
United States Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Washington, DC 20530

Jeffrey B. McCarron, Esq.
Swartz, Campbell & Detweiler
1601 Market Street
34th Floor
Philadelphia, PA 19103

Steven W. Thomas, Esq.
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, California 90067

Richard Urowski, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004.

John V. Thomas, Esq.
Federal Deposit Insurance Corporation
Assistant General Counsel, Legal Division
550 17th Street, N.W. #MB-3042
Washington, D.C. 20429

Respectfully submitted,

Thomas M. Buchanan

Thomas M. Buchanan
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5787

*Attorneys for Plaintiffs*

Dated: February 28, 2007

Of Counsel:
Eric W. Bloom
Peter Kryn Dykema
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the Notice of Appeal was served by first-class mail, postage prepaid, on this 28th day of February 2007 to:

F. Jefferson Hughes, Esq.
United States Department of Justice
Commercial Litigation Branch
1100 L Street, N.W.
Washington, DC 20530

Jeffrey B. McCarron, Esq.
Swartz, Campbell & Detweiler
1601 Market Street
34th Floor
Philadelphia, PA 19103

Steven W. Thomas, Esq.
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, California 90067

Richard Urowski, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004.

John V. Thomas, Esq.
Federal Deposit Insurance Corporation
Assistant General Counsel, Legal Division
550 17th Street, N.W. #MB-3042
Washington, D.C. 20429

Thomas M. Buchanan

DC:503378.1