ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
MAR 27 2007
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2007-5089 - SLATTERY V US**

**Date of docketing:** 03/27/2007

**Appeal from:** United States Court of Federal Claims case no. 93-CV-280

**Cross-appellant(s):** Frank P. Slattery, Jr., and LFC No. 1 Corp., on behalf of themselves and on behalf of

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Jeanne E. Davidson
Thomas M. Buchanan
Steven William Thomas

#456

# 2007-5089

# In the United States Court of Federal Claims

**Appeal Information Sheet**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 27 2007

JAN HORBALY
CLERK

RECEIVED
2007 MAR 22 PM 12:21
US COURT OF APPEALS
FEDERAL CIRCUIT

**Senior Judge Loren A. Smith**

**Nature of Suit:** 511

**Type of Case**: Taking - FIRREA

FRANK P. SLATTERY, JR., et al.,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 93-280 C.

**Cross or Related**? Yes. (See 07-5063 and 07-5064).

**Appeal filed by:** Plaintiffs.

**Date Judgment Entered**: October 10, 2006.

**Notice of Appeal**: March 1, 2007.

**Fee**: 455.00.

*See Docket Sheet for Plaintiff and Defendant attorney information*.

eceived by [illegible] 3/22/07

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**REVISED: March 27, 2007**

Official Caption[1]

2007-5063, -5064, -5089

FRANK P. SLATTERY, JR., and LFC NO. 1 CORP., on behalf of themselves and on behalf of all other similarly situated shareholders of Meritor Savings Bank,

Plaintiffs-Cross Appellants,

and

STEVEN ROTH,
and INTERSTATE PROPERTIES,

Plaintiffs-Cross Appellants,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 93-CV-280, Senior Judge Loren A. Smith.

Authorized Abbreviated Caption[2]

SLATTERY v US, 2007-5063, -5064, -5089

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.